Enoch Barnett, Respondent, v. Holbrook, Cabot & Rollins Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied on *Kuloschik* v. *Holbrook, Cabot & Rollins Corporation* (163 App. Div. 938). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ida R. Whipple, Appellant, v. The Prudential Insurance Company of America, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Hotchkiss, JJ., dissented.

Theodore Nesteruk, as Administrator, etc., Respondent, v. Harris Witkin, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Adolf Malman, Respondent, v. Babcock & Wilcox Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the evidence does not sustain the finding that the defendant was negligent. Order to be settled on notice. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Elizabeth B. Colt, Appellant, v. Harris D. Colt, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.; Clarke and Scott, JJ., dissented on *De Brauwere* v. *De Brauwere* (203 N. Y. 463).

Wisner B. Martin, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

National Surety Company, Respondent, v. Lecky & Ruffin, Incorporated, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. James Paternostro, Appellant.— Judgment affirmed. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Alfred Bradley (True Name Alexander Roworth), Appellant.— Judgment affirmed. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.

Edith V. Gardiner, Appellant, Respondent, v. The New York Central and Hudson River Railroad Company, Respondent, Appellant.— Judgment reversed, new trial ordered, costs to defendant to abide event, unless plaintiff stipulates to reduce the verdict to the sum of fifty dollars; in which event the judgment as so reduced is affirmed, with costs of appeal to defendant, appellant. (See *Gardiner* v. *N. Y. C. & H. R. R. R. Co.*, 201